AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
3/23/21

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Priority Mail Express Tracking Number EJ526824710US )
postmarked March 22, 2021 )
)

Case No. 3:21MJ113

## APPLICATION FOR A SEARCH WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Express Package, EJ526824710US, addressed to B. Williams 760 Brooklyn Ave Dayton OH 45402 with a return address of J. Williams 16910 E 14th st San Leandro CA 94578.

located in the _____Southern_____ District of _____Ohio_____, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution and possession with intent to distribute a controlled substance |
| 21 U.S.C. 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 U.S.C. 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Joseph L. Rossiter, U.S. Postal Inspector
Printed name and title

Sworn to before me and signed in my presence via facetime.

Date: 03/23/2021

City and state: Dayton, OH

_____
's signature

United States Magistrate Judge
name and title

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF PRIORITY MAIL EXPRESS PACKAGES WITH TRACKING NUMBERS EJ526824723US AND EJ526824710US | Case No. 3:21MJ113<br><br>Filed Under Seal |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Joseph Rossiter, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since May 2016. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the use of the United States Mail in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the

1

package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3. On March 23, 2021, I intercepted two packages (hereinafter "Package 1" and "Package 2") at the Dayton Processing and Distribution Center (P&DC). Both packages appeared to have similar handwriting, and a review of the Express Labels on each package revealed they were mailed on the same date from the same post office. Package 1 is a Priority Mail Express brown box, bearing tracking number EJ526824723US, postmarked March 22, 2021, with the following address information:

    **Sender:** J. Brown
         406 W Harder RD
         Hayward, CA 94544

    **Addressee:** B. Brown
         103 Oak st
         Trotwood, OH
         45426

According to the postage on Package 1, it was mailed from zip code 94546 which is the Castro Valley, California area. Through training and experience as a Postal Inspector, I know that Northern California is known drug source location.

4. I performed a check in CLEAR database for the addressee's information on Package 1 of "B. Brown 103 Oak st Trotwood, OH 45426." CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is no "B. Brown" associated with 103 Oak St, Trotwood, OH 45426.

5. I also performed a check in CLEAR for the sender's information listed on Package 1 of "J. Brown 406 W Harder RD Hayward, CA 94544." According to CLEAR, there is a no "J. Brown" associated with 406 W Harder Rd, Hayward, CA 94544 .

6. Package 2 is a Priority Mail Express brown box, bearing tracking number EJ526824710US, postmarked March 22, 2021, with the following address information:

> Sender: J. Williams
> 16910 E 14th st
> San Leandro CA
> 94578
>
> Addressee: B. Williams
> 760 Brooklyn Ave
> Dayton OH
> 45402

According to the postage on Package 2, it was mailed from zip code 94546 which is the Castro Valley, California area. Through training and experience as a Postal Inspector, I know that Northern California is known drug source location.

6. I performed a check in CLEAR database for the addressee's information on Package 2 of "B. Williams 760 Brooklyn Ave Dayton OH 45402." CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is no "B. Williams" associated with 760 Brooklyn Ave, Dayton, OH 45402.

7. I also performed a check in CLEAR for the sender's information listed on Package 2 of "J. Williams 16910 E 14th st San Leandro CA 94578." According to CLEAR, there is a no "J. Williams" associated with 16910 E 14th St, San Leandro, CA 94578.

8. On March 23, 2021, at my request, Dayton Police Department Officer Jeremy Stewart conducted a narcotics-detection canine "free air" check of the outside of Package 1 and Package 2. I was present during said check. Package 1 and Package 2 were placed in separate controlled areas and presented to narcotics-detection canine, "Weston." As set forth in the attached affidavits of Officer Stewart, "Weston" alerted positively for the presence or odor of a narcotic

or other controlled substance on Package1 and Package 2. "Weston" is a properly trained and certified narcotics-detection canine.

9. Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package 1 and Package 2's address information, including (i) no known association between the addressee and recipient address on Package 1 and Package 2, (ii) no known associate between the sender and return address on Package 1 and Package 2, and (iii) the positive alert of the narcotics-detection canine are all indicative of and consistent with Drugs and/or Proceeds in Package 1 and Package 2.

Therefore, a search warrant to open Package 1 and Package 2 is requested.

Further, your affiant sayeth naught.

Respectfully submitted,

Joseph L. Rossiter
Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this 23rd day of March, 2021.

HONORABLE SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Officer **Jeremy Stewart**, am and have been employed by the **Dayton Police Department** since **2014**. Among other duties, I am currently the assigned handler of narcotics detection canine "**Weston**" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

**Marijuana, Cocaine, Methamphetamine, and Heroin**

On 3/23/21, at the request of Postal Inspector **ROSSITER**, I responded to the **DAYTON P&DC**, where "**Weston**" did alert to and indicate upon: [describe item]

EJ526824710US

J. Williams
16910 E 14th st
San Leandro CA
94578

B. Williams
760 Brooklyn Ave
Dayton OH
45402

Which, based upon my training and experience and that of "**Weston**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ /28448/ 3-23-21
(Signature, Badge #, and Date)

_____ 3/23/21
(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009